No. 82–940. HISHON v. KING & SPALDING. C. A. 11th Cir. [Certiorari granted, 459 U. S. 1169.] Motion of petitioner for leave to file reply brief out of time denied.

No. 83–5384. BOYLAN v. UNITED STATES POSTAL SERVICE. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 28, 1983, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, *ante*, p. 928, we would deny the petition for certiorari in this case without reaching the merits of the motion to proceed *in forma pauperis*.

No. 83–5440. IN RE GREEN; and
No. 83–5444. IN RE PERCHARO. Petitions for writs of mandamus denied.

No. 83–18. DUN & BRADSTREET, INC. v. GREENMOSS BUILDERS, INC. Sup. Ct. Vt. Certiorari granted.

No. 83–317. BLOCK, SHERIFF OF THE COUNTY OF LOS ANGELES, ET AL. v. RUTHERFORD ET AL. C. A. 9th Cir. Motion of respondent Dennis Rutherford for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–321. WALLER v. GEORGIA; and
No. 83–322. COLE ET AL. v. GEORGIA. Sup. Ct. Ga. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 251 Ga. 124, 303 S. E. 2d 437.

No. 82–538. GODOY, AKA WOOD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–2082. LARSEN ET AL. v. FISHER; and
No. 82–2130. FISHER v. LARSEN ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied. Reported below: 138 Cal. App. 3d 627, 188 Cal. Rptr. 216.